27 So.2d 46

### Frank TILLISON, alias, v. STATE.
### 6 Div. 466.

Supreme Court of Alabama.
July 25, 1946.

Lewey Robinson, of Birmingham, for petitioner.

Wm. N. McQueen, Atty. Gen., and Jas. T. Hardin, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Frank Tillerson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Tillison, alias Tillerson, v. State, 27 So.2d 41.

Writ denied.

All the Justices concur.